ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| EFS Ebrex Sarl | ) ASBCA No. 63277 |
| | ) |
| Under Contract No. SPE300-18-D-4038 | ) |

APPEARANCES FOR THE APPELLANT:    John R. Prairie, Esq.
                                                            J. Ryan Frazee, Esq.
                                                              Wiley Rein LLP
                                                              Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
                                                                 DLA Chief Trial Attorney
                                                              Kelly L. Diaz-Albertini, Esq.
                                                              Lindsay A. Salamon, Esq.
                                                              Stacey E. Hirsch, Esq.
                                                              Ryan P. Hallisey, Esq.
                                                                Trial Attorneys
                                                                DLA Troop Support
                                                                Philadelphia, PA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 1, 2022

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63277, Appeal of EFS Ebrex Sarl, rendered in conformance with the Board's Charter.

Dated:  September 1, 2022

_for_ Tammye D. Alibott

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals